| | OFFICE OF THE CLERK | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT** | United States Court of Appeals | TELEPHONE |
| **CLERK** | 21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790 | 215-597-2995 |
| | Website: www.ca3.uscourts.gov | |



February 18, 2025

Andrew J. DeLuca, Esq.
John P. McAvoy, Esq.
Carl Erik Rinsch

RE: Gary Calderwood v. Carl Rinsch
Case Number: 23-2653
District Court Case Number: 2:22-cv-02847

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Friday, March 14, 2025** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2.1, you are hereby advised that your appeal will be submitted before the following panel: **SHWARTZ, KRAUSE and CHUNG, Circuit Judges**

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Khadija Younger*

Khadija Younger
Calendar Clerk
267-299-4914